[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 06-16610
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 1, 2007
THOMAS K. KAHN
CLERK

D.C. Docket Nos. 06-21054-CV-ASG & 00-40613-BKC-AJ

IN RE:      EXTENSIS MANAGEMENT, INC.,
            EVERSMILE DENTAL, INC.

                                                      Debtors.
_____

EXTENSIS MANAGEMENT, INC.,
EVERSMILE DENTAL, INC.,

                                                      Plaintiffs-Appellants,

                               versus

CHRISTIE'S INC.,

                                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 1, 2007)**

Before ANDERSON, BARKETT and COX, Circuit Judges.

PER CURIAM:

Extensis Management, Inc. and Eversmile Dental, Inc., Appellants, seek review of the district court's judgment affirming the orders of the Bankruptcy Court which allowed the claim of Christie's, Inc., Appellee.

We have considered the briefs, and relevant parts of the record, and find no reversible error. We conclude that the orders of the Bankruptcy Court were properly affirmed for the reasons stated in the district court's well-reasoned opinion. (R.1-18.)

**AFFIRMED.**